IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA



FILED

SEP 07 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| -vs- ) | Case No. CR 21-229 R |
| TYSON GLEN CREACH, ) | Violations: 18 U.S.C. § 922(g)(1) |
| ) | 26 U.S.C. § 5861(d) |
| ) | 18 U.S.C. § 924(d) |
| Defendant. ) | 26 U.S.C. § 5872 |
| ) | 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
**(Felon in Possession of a Firearm)**

On or about December 13, 2020, within the Western District of Oklahoma, ------------------------------------ **TYSON GLEN CREACH** ---------------------------------- with knowledge that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, to wit: a Glock model 17Gen4, 9mm Luger caliber pistol, bearing serial number TXX101, which was in and affecting interstate commerce in that said firearm had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 2
### (Felon in Possession of a Firearm)

On or about April 27, 2021, within the Western District of Oklahoma,

---------------------------------- **TYSON GLEN CREACH,** ----------------------------------

with knowledge that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, to wit: a Mossberg "New Haven," model 600AT, 12-gauge shotgun, bearing serial number H786764, which was in and affecting interstate commerce in that said firearm had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 3
### (Possession of an Unregistered Firearm – Sawed-Off Shotgun)

On or about April 27, 2021, within the Western District of Oklahoma,

---------------------------------- **TYSON GLEN CREACH** ----------------------------------

knowingly possessed a Mossberg "New Haven," model 600AT, 12-gauge shotgun, bearing serial number H786764, having a barrel of less than 18 inches in length, which was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d), the penalty for which is found at Title 26, United States Code, Section 5871 and Title 18, United States Code, Section 3571.

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offenses alleged in Counts 1, 2, and 3 of this Indictment, **TYSON GLEN CREACH** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offenses.

The property subject to forfeiture includes, but is not limited to:

1. a Glock model 17Gen4, 9mm Luger caliber pistol, bearing serial number TXX101;

2. a Mossberg "New Haven," model 600AT, 12-gauge shotgun, bearing serial number H786764; and

3. any and all magazines and ammunition not otherwise specified.

All pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

/s/

DAVID NICHOLS, JR.
Assistant United States Attorney

3